**WILSHIRE INSURANCE COMPANY**
**v.**
**CASABLANCA ON THE BAY, INC., and PADRON**

# EXHIBIT "B"

**EXHIBIT "B"**

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 2015-008092 CA 01

JULIA PADRON,

    Plaintiff,

vs.

CASABLANCA ON THE BAY, INC.,

    Defendant.

**CIVIL ACTION SUMMONS**

*[Signature]*
985
4/10/15
11:30 AM

**THE STATE OF FLORIDA:**
To Each Sheriff of Said State:

    YOU ARE HEREBY COMMANDED to serve this summons, a copy of the Complaint, Interrogatories and Request for Production in this action on Defendant:

**CASABLANCA ON THE BAY, INC.**
By Serving its Registered Agent: **Jorge L. Sanchez**
    **1717 N. Bayshore Drive, Suite 200**
    **Miami, Florida 33132**

    Each Defendant is required to serve written defenses to the Complaint, Interrogatories and Request for Production on Plaintiff's attorney, to wit:

    **JUAN C. MONTES, ESQ.**
    **MONTES & ASSOCIATES LAW FIRM, P.L.**
    **16351 Miramar Parkway**
    **Miramar, Florida 33027**
    **TEL: (954) 417-6100**
    **service@monteslawfirm-florida.com**

    Within 20 days after service of this summons on that defendant, exclusive of the day of service and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON   APR 0 9 2015  20

                        HAR

(

IN THE CIRCUIT COURT OF THE 11th
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.:

JULIA PADRON,

    Plaintiff,

vs

CASABLANCA ON THE BAY, INC.,

    Defendant.

## COMPLAINT

Plaintiff, JULIA PADRON, by and through the undersigned counsel hereby sues Defendant, CASABLANCA ON THE BAY, INC. ("CASABLANCA"), and alleges as follows:

### GENERAL ALLEGATIONS

1. Plaintiff, at all material times hereto, was and is a resident of Miami-Dade County, Florida.

2. Defendant, CASABLANCA ON THE BAY, INC., at all material times hereto, was and is a Florida corporation authorized to and conducting business in Miami-Dade County, Florida.

3. This is an action for damages in excess of Fifteen Thousand Dollars, ($15,000.00) exclusive of interest, costs and attorneys' fees.

### COUNT I
### (JULIA PADRON vs. CASABLANCA ON THE BAY, INC.)

Plaintiff, JULIA PADRON, by and through the undersigned attorneys, sues Defendant, CASABLANCA, and alleges:

4. Plaintiff re-alleges and affirms the allegations in paragraphs 1 through 3 as if stated herein.

5. On or about December 23, 2013, LAZARO E. SANCHEZ, operated a motor vehicle, a dangerous instrumentality, on SW 67th Ave. near its intersection with S. Waterway Dr. in Miami-Dade County, Florida.

6. At that time and place, Lazaro E. Sanchez was an agent or employee of Defendant, CASABLANCA, and was acting in the course and scope of such agency or employment relationship when he negligently maintained and/or operated his privately-owned motor vehicle causing a collision with the motor vehicle owned and operated by Plaintiff, JULIA PADRON.

7. Defendant, CASABLANCA, is liable for Lazaro E. Sanchez's negligence committed in the course and scope of his agency and/or employment under the principle of *respondeat superior*.

8. As a result, Plaintiff, JULIA PADRON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, and medical and nursing care and treatment. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE** Plaintiff, JULIA PADRON, demands judgment for damages against Defendant, CASABLANCA ON THE BAY, INC., and demands trial by jury of all issues triable as of right by jury.

Dated this 8th day of April, 2015

Respectfully submitted,
**MONTES & ASSOCIATES LAW FIRM, P.L** .
Attorneys for Plaintiff
16351 Miramar Parkway
Miramar, Florida 33027
(954) 417-6100 telephone
service@monteslawfirm-florida.com

/s/ Juan C.
JUAN C. MONTES, ESQ
FLA. BAR. NO: 031313