UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:  1:15-cv-21644-RNS/Otazo-Reyes

WILSHIRE INSURANCE COMPANY,

    Plaintiff,

v.

CASABLANCA ON THE BAY, INC.
and JULIA PADRON,

    Defendants.
_____

JULIA PADRON,
    Counter-Claimant/Cross-Claimant/
    Third Party Plaintiff,

v.

WILSHIRE INSURANCE COMPANY,
    Counter-Defendant,

CASABLANCA ON THE BAY, INC.,
    Cross-Claim Defendant,

CASABLANCA FISH MARKET, INC.,
    Third-Party Defendant,

And

CASABLANCA SEAFOOD BAR & GRILL, INC.,
    Third-Party Defendant,
_____/

**JOINT STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

The following Parties, only, WILSHIRE INSURANCE COMPANY ("WILSHIRE"), CASABLANCA ON THE BAY, INC. ("COTB"), and JULIA PADRON ("PADRON"), through

Case No.: 1:15-cv-21644-RNS/Otazo-Reyes

Counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit the within Joint Stipulation for Partial Dismissal with Prejudice regarding the claims between them and state:

1. On 12/9/16, WILSHIRE, COTB and PADRON gave notice, through counsel, to the Court of a partial settlement among them. [D.E. 147] The settlement did not involve the remaining third party claims by, between and among PADRON and CASABLANCA FISH MARKET, INC., and CASABLANCA SEAFOOD BAR & GRILL, INC.

2. WILSHIRE's claims for declaratory relief against PADRON and COTB in the above-styled matter shall be dismissed with prejudice in favor of PADRON and COTB as WILSHIRE has satisfied PADRON's claims against its insured, COTB.

3. Based on the foregoing, WILSHIRE, PADRON and COTB further stipulate that PADRON's claims against COTB in the Crossclaim in the above-styled matter shall also be dismissed with prejudice.

4. Notwithstanding the above and foregoing, WILSHIRE's satisfaction of PADRON's claims against WILSHIRE's insured, COTB, is the equivalent of a confession of judgment in favor of COTB. *See, Pepper's Steel & Alloys, Inc. v. U.S.*, 850 So. 2d 462, 465 (Fla. 2000). This Court reserves jurisdiction as to any motion for attorney's fees and costs of COTB related to the confession of judgment. Further, the time to file said motion for attorney's fees and costs is tolled until such time as WILSHIRE has tendered to PADRON on behalf of COTB.

5. The parties thereto agree to execute any and all necessary documents to carry out the intention of the parties in the aforementioned settlement.

6. This Court also reserves jurisdiction to enforce the terms of the settlement.

Case No.:  1:15-cv-21644-RNS/Otazo-Reyes

SO STIPULATED this 10th day of January, 2017.[1]

   */s/ Robert Scott Newman*
**Robert Scott Newman, Esq**. (FBN 466670)
snewman@marlowadler.com
MARLOW, ADLER, ABRAMS, NEWMAN & LEWIS
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, FL 33146
Telephone:  (305) 460-6513
*Attorneys for Plaintiff/Counter-Defendant, Wilshire Insurance Company*

SO STIPULATED this 10th day of January, 2017.

   */s/ Juan C. Montes*
**Juan C. Montes, Esq.** (FBN: 031313)
jcmontes@monteslawfirm-florida.com
MONTES & ASSOCIATES LAW FIRM
16351 S. Miramar Parkway
Miramar, FL 33027
Telephone:  (954) 417-6100
*Attorney for Defendant/Counter-Claimant/ Cross-Claimant, Julia Padron*

SO STIPULATED this 10th day of January, 2017.

   */s/ Evan S. Abel*
**Evan S. Abel, Esq.** (FBN:  92229)
Evan.abel@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5339
*Attorneys for Crossclaim Defendant, Casablanca on the Bay, Inc.*

---

[1] Pursuant to the written confirmation of the parties hereto and L.R. 3J.(3), CM/ECF Admin. P. , U.S.D.C., S.D., Fla., the filer hereto indicates the consent of all the other parties to this proceeding regarding this document.

Case No.:  1:15-cv-21644-RNS/Otazo-Reyes

SO STIPULATED this 10th day of January, 2017.

    /s/ *Raquel Y. Reyes-Lao*_____
**Raquel Y. Reyes-Lao, Esq.**  (FBN: 51002)
 raquellao@gmail.com
**Ronald D. Rodman, Esq.**  (FBN: 664332)
rondod.frf@gmail.com
FRIEDMAN, RODMAN & FRANK, P.A.
3636 West Flagler Street
Miami, FL 33135
Telephone:  (305) 448-8585
*Attorneys for Defendant, Casablanca on the Bay, Inc.*

SO STIPULATED this 10th day of January, 2017.

    /s/ *Steven J. Chackman*_____
**Steven J. Chackman, Esq.** (FBN 376851)
schackman@bernstein-chackman.com
BERNSTEIN CHACKMAN LISS
4000 Hollywood Boulevard
Suite 610 North
Hollywood, Florida 33021
Telephone:     (954) 986-9600
Fax:              (954) 929-1166
*Attorneys for Crossclaim Defendant, Casablanca on the Bay, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF System this 10th day of January, 2017, which provides an e-notification to the below listed parties.

By: /s/ Robert Scott Newman_____
Robert Scott Newman, Esq. (FBN: 466670)

4

Case No.: 1:15-cv-21644-RNS/Otazo-Reyes

## **SERVICE LIST**

**Evan S. Abel, Esq.** (FBN: 92229)
Evan.abel@csklegal.com
COLE, SCOTT & KISSANE, P.A.
9150 S. Dadeland Boulevard, Suite 1400
Miami, FL 33156
Telephone:   (305) 350-5339
Fax:              (305) 373-2294
*Attorneys for Crossclaim Defendant,*
*Casablanca on the Bay, Inc.*

**Raquel Y. Reyes-Lao, Esq.** (FBN: 51002)
raquellao@gmail.com
**Ronald D. Rodman, Esq.** (FBN: 664332)
rondod.frf@gmail.com
FRIEDMAN, RODMAN & FRANK, P.A.
3636 West Flagler Street
Miami, FL 33135
Telephone:  (305) 448-8585
Fax:     (305) 448-9181
*Attorneys for Defendants, Casablanca on*
*the Bay, Inc., Casablanca Fish Market, Inc.,*
*and Casablanca Seafood Bar & Grill, Inc.*

**Juan C. Montes, Esq.** (FBN: 031313)
jcmontes@monteslawfirm-florida.com
MONTES & ASSOCIATES LAW FIRM
16351 S. Miramar Parkway
Miramar, FL 33027
Telephone:  (954) 417-6100
*Attorney for Defendant/Counter-Claimant/*
*Cross-Claimant/Third Party Plaintiff,*
*Julia Padron*

**Steven J. Chackman, Esq.** (FBN 376851)
schackman@bernstein-chackman.com
BERNSTEIN CHACKMAN LISS
4000 Hollywood Boulevard
Suite 610 North
Hollywood, Florida 33021
Telephone:      (954) 986-9600
Fax:                 (954) 929-1166
*Attorneys for Crossclaim Defendant,*
*Casablanca on the Bay, Inc.; Third Party*
*Defendants, Casablanca Fish Market, Inc., and*
*Casablanca Seafood Bar & Grill, Inc.*