# Executive Express LLC
4460 NW 73 Ave
Miami, FL 33166
Phone: (305) 371-0292
www.executiveexpressonline.com

Invoice Number: I74998

Invoice Date: 10/15/16

**FRIEDMAN RODMAN & FRANK, P.A.**
Attn: HARVEY D. FREIDMAN
3636 W FLAGLER ST
MIAMI      FL 33135

---

Receipt Number **2247-477**

Date: 10/13/16        Time: 0800a        Caller: ROMEY PENA

Customer  : FRIEDMAN RODMAN & FRANK, P.A.
Reference : WILSHIRE INSURANCE

Pick Up at:
   FRIEDMAN RODMAN & FRANK, P.A.
   3636 W FLAGLER ST
   MIAMI           FL  33135
Deliver to:
   EDUARDO REYES, MD
   8485  SW 40 ST      102
   MIAMI           FL  33155

Received by MERIDA URTIZ    1115a

| Charges | | Special Instructions |
|---|---|---|
| SP | 30.00 | LegalSvc JOB # 30981 |
|    |       | BILLING CLELRK |

Total:     30.00           Invoice Number: I74998

# Executive Express LLC

4460 NW 73 Ave  
Miami, FL 33166  
Phone: (305) 371-0292  
www.executiveexpressonline.com

Invoice Number: I72968  
Invoice Date: 07/16/16

FRIEDMAN RODMAN & FRANK, P.A.  
Attn: HARVEY D. FREIDMAN  
3636 W FLAGLER ST  
MIAMI            FL 33135

---

Receipt Number **2241-757**

Date: 07/12/16        Time: 0800a        Caller: MAYRA ROMERA

Customer  : FRIEDMAN RODMAN & FRANK, P.A.  
Reference : WILSHIRE INSURANCE

Pick Up at:  
    FRIEDMAN RODMAN & FRANK, P.A.  
    3636   W FLAGLER ST  
    MIAMI                FL  33135

Deliver to:  
    PIZZERIAS, LLC  
    8619   S DIXIE HWY      2FL  
    MIAMI                FL  33143

Received by INGRID SALAZAR    0950a

Charges                         Special Instructions  
  SP       30.00             LegalSvc JOB # 29899  
                                  MANAGER

Total:    30.00          Invoice Number: I72968

*70.00*

**Executive Express LLC**
4460 NW 73 Ave
Miami, FL 33166
Phone: (305) 371-0292
www.executiveexpressonline.com

Invoice Number: I72969

Invoice Date: 07/16/16

FRIEDMAN RODMAN & FRANK, P.A.
Attn: HARVEY D. FREIDMAN
3636 W FLAGLER ST
MIAMI        FL 33135

---

Receipt Number **2241-850**

Date: 07/13/16      Time: 0800a          Caller: MAYRA ROMERA

Customer  : FRIEDMAN RODMAN & FRANK, P.A.
Reference : WILSHIRE INSURANCE

Pick Up at:
    FRIEDMAN RODMAN & FRANK, P.A.
    3636   W FLAGLER ST
    MIAMI              FL   33135

Deliver to:
    SUMMIT CONSULTING, LLC
    1200   S PINE ISLAND RD
    FORT LAUDERDALE     FL   33324

Received by DONNA MOCH      1235p

Charges                         Special Instructions
  SP        40.00             LegalSvc JOB # 29913
                                R/A


Total:      40.00           Invoice Number: I72969

# Executive Express LLC

4460 NW 73 Ave  
Miami, FL 33166  
Phone: (305) 371-0292  
www.executiveexpressonline.com

Invoice Number: I72875  
Invoice Date: 07/09/16

*Padron / Casablanca*

FRIEDMAN RODMAN & FRANK, P.A.  
Attn: HARVEY D. FREIDMAN  
3636 W FLAGLER ST  
MIAMI FL 33135

---

Receipt Number **2241-378**

Date: 07/08/16    Time: 0800a    Caller: MAYRA ROMERA

Customer : FRIEDMAN RODMAN & FRANK, P.A.  
Reference : WILSHIRE INSURANCE

Pick Up at:  
    FRIEDMAN RODMAN & FRANK, P.A.  
    3636 W FLAGLER ST  
    MIAMI    FL 33135

Deliver to:  
    SUMMIT CLAIMS CENTER  
    2025 CRYSTALWOOD DR  
    LAKELAND    FL 33801

Received by NON SERVICE    0926a

| Charges | | Special Instructions |
|---|---|---|
| SP | 70.00 | LegalSvc JOB # 29837 |
| 2A | 70.00 | B5 PS RS & SR |

Total:    140.00    Invoice Number: I72875

# Executive Express LLC
4460 NW 73 Ave
Miami, FL 33166
Phone: (305) 371-0292
www.executiveexpressonline.com

Invoice Number: I71171
Invoice Date: 04/23/16

FRIEDMAN RODMAN & FRANK, P.A.
Attn: HARVEY D. FREIDMAN
3636 W FLAGLER ST
MIAMI        FL 33135

---

Receipt Number **2237-073**

Date: 04/21/16        Time: 0800a        Caller: MAYRA ROMERA

Customer  : FRIEDMAN RODMAN & FRANK, P.A.
Reference : WILSHIRE INSURANCE — *Casablanca* (handwritten)

Pick Up at:
    FRIEDMAN RODMAN & FRANK, P.A.
    3636 W FLAGLER ST
    MIAMI            FL  33135

Deliver to:
    CARLOS LUIS INSURANCE AGENCY,I
    7050 SW 86 AVE
    MIAMI            FL  33143

Received by JUAN FIGUERAS    1050a

| Charges | | Special Instructions |
|---|---|---|
| SP | 30.00 | LegalSvc JOB # 29121 |
| 2A | 30.00 | R/A @2A |

Total:    60.00        Invoice Number: I71171

# MEMO

TO: Tracy

FROM: Mayra

DATE: May 11, 2016

RE: Casablanca on the Bay Inc (Julia Padron)

---

Please issue 1 check for $15.00 to Department of Financial Services.

Thanks

# MEMO

TO: Tracy

FROM: Mayra

DATE: April 20, 2016

RE: Casablanca on the Bay Inc   — Julia Padon

---

Please issue 2 checks for $15.00 each to Department of Financial Services.

Thanks