# INVOICE

**UNITED REPORTING, INC.**
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184557 | 7/20/2016 | 232333 |
| **Job Date** | **Case No.** | |
| 7/8/2016 | 15-cv-21644 (SCOLA/OTAZO-REYES) | |
| **Case Name** | | |
| Wilshire Ins (Padron, Julia) vs. Casablanca on the Bay, Inc et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Raquel Reyes-Lao, Esq.
Friedman, Rodman & Frank
3636 West Flagler Street
Miami FL  33135

**Deposition Of:**

Silvia Santana                       42.00  Pages            147.00
    Shipping & Handling                                       20.00

                                     **TOTAL DUE >>>        $167.00**

One Certified Copy
NR|Feucht

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                   Phone: 305-448-8585   Fax:

*Please detach bottom portion and return with payment.*

Raquel Reyes-Lao, Esq.
Friedman, Rodman & Frank
3636 West Flagler Street
Miami FL  33135

Job No.      : 232333          BU ID    : UR
Case No.     : 15-cv-21644 (SCOLA/OTAZO-REYES)
Case Name    : Wilshire Ins (Padron, Julia) vs. Casablanca on the Bay, Inc et al.
Invoice No.  : 184557          Invoice Date : 7/20/2016
**Total Due** : **$ 167.00**

**PAYMENT WITH CREDIT CARD**   AMEX  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**
          **Fax payment information to: 954-525-0511**

# INVOICE

UNITED REPORTING, INC.
Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182712 | 6/22/2016 | 229654 |
| Job Date | Case No. | |
| 6/9/2016 | 15-cv-21644 (SCOLA/OTAZO-REYES) | |
| Case Name | | |
| Wilshire Ins (Padron, Julia) vs. Casablanca on the Bay, Inc et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Raquel Reyes-Lao, Esq.
Friedman, Rodman & Frank
3636 West Flagler Street
Miami FL  33135

**Deposition Of:**

| | | | |
|---|---|---|---|
| Gustavo Navarro | 54.00 | Pages | 189.00 |
| Color Exhibits | 3.00 | Pages | 6.00 |
| Mini Transcript | | | 15.00 |
| Shipping & Handling | | | 20.00 |
| | | **TOTAL DUE >>>** | **$230.00** |

One Certified Copy
NR|Feucht

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657

Phone: 305-448-8585   Fax:

*Please detach bottom portion and return with payment.*

Raquel Reyes-Lao, Esq.
Friedman, Rodman & Frank
3636 West Flagler Street
Miami FL  33135

Job No.    : 229654        BU ID    : UR
Case No.   : 15-cv-21644 (SCOLA/OTAZO-REYES)
Case Name  : Wilshire Ins (Padron, Julia) vs. Casablanca on the Bay, Inc et al.
Invoice No. : 182712        Invoice Date : 6/22/2016
Total Due  : $ 230.00

Remit To:  United Reporting, Inc.
           1218 Southeast 3rd Avenue
           Fort Lauderdale, FL 33316
           Fax payment information to: 954-525-0511

**PAYMENT WITH CREDIT CARD**   AMEX   [logo]   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0751694**

| | |
|---|---|
| Date | 5/5/2016 |
| Terms | Net 30 |
| Due Date | 6/4/2016 |

| | |
|---|---|
| Client Number | C03166 |
| Esquire Office | Miami |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 0539-0002-00 |
| Client Claim/Matter # | 195310374330 |
| Date of Loss | |

**Bill To**

Friedman Rodman & Frank - Miami
3636 West Flagler Street
Miami FL 33135

*Casablanca* (signature)

**Services Provided For**

Friedman Rodman & Frank - Miami
Rodman, Ronald D
3636 West Flagler Street
Miami FL 33135

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 4/19/2016 | J0300413 | Miami, FLORIDA | WILSHIRE INSURANCE COMPANY VS. CASABLANCA ON T... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-WI | Julia Padron | 129 | 3.40 | 438.60 |
| EXHIBITS W/TABS | Julia Padron | 54 | 0.50 | 27.00 |
| CONDENSED TRANSCRIPT | Julia Padron | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Julia Padron | 1 | 30.00 | 30.00 |
| ASCII | Julia Padron | 1 | 30.00 | 30.00 |
| HANDLING FEE | Julia Padron | 1 | 0.00 | 0.00 |
| WITNESS READ & SIGN LETTER | Julia Padron | 1 | 12.50 | 12.50 |
| EXHIBITS COLOR | Julia Padron | 5 | 1.95 | 9.75 |

| | |
|---|---|
| Subtotal | 563.85 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 588.85 |
| Amount Due | $588.85 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Friedman Rodman & Frank - Mi... |
| Client # | C03166 |
| Invoice # | INV0751694 |
| Invoice Date | 5/5/2016 |
| Due Date | 6/4/2016 |
| Amount Due | $ 588.85 |

# INVOICE

Downtown Reporting, LLC
7777 Glades Rd. Suite 309
Boca Raton, FL 33434
Phone: 954-522-3376  Fax: 954-767-8811

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110625*** | 5/4/2016 | 152193 |
| Job Date | Case No. | |
| 4/13/2016 | 1 15 CV 21644 RSN | |
| Case Name | | |
| WILSHIRE INSURANCE COMPANY V CASABLANCA ON THE BAY, INC | | |
| Payment Terms | | |

Ronald Rodman, Esq.
Friedman & Rodman, P.A.
3636 West Flagler Street
Miami, FL 33135

1 CERTIFIED COPY OF TRANSCRIPT OF:
   MARIBEL SANCHEZ                                187.00 Pages            654.50
      DELIVERY & HANDLING                                                  15.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
   LORETTA SANCHEZ                                163.00 Pages            570.50
1 CERTIFIED COPY OF TRANSCRIPT OF:
   LAZARO SANCHEZ                                  67.00 Pages            234.50

                                                  TOTAL DUE >>>       $1,474.50

Thank you. Your business is appreciated.

PAYMENT NOT CONTINGENT ON CLIENT REIMBURSEMENT

We now accept all major credit cards.

Tax ID: 27-0861730

Phone: 305-448-8585  Fax:

*Please detach bottom portion and return with payment.*

Ronald Rodman, Esq.
Friedman & Rodman, P.A.
3636 West Flagler Street
Miami, FL 33135

Invoice No.   : 110625***
Invoice Date  : 5/4/2016
Total Due     : $ 1,474.50

Remit To: Downtown Reporting, LLC
          7777 Glades Rd. Suite 309
          Boca Raton, FL 33434

Job No.    : 152193
BU ID      : 1-MAIN
Case No.   : 1 15 CV 21644 RSN
Case Name  : WILSHIRE INSURANCE COMPANY V
             CASABLANCA ON THE BAY, INC



**Invoice INV0739629**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 4/18/2016 |
| Terms | Net 30 |
| Due Date | 5/18/2016 |

| | |
|---|---|
| Client Number | C03166 |
| Esquire Office | Miami |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 0539-0002-00 |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Friedman Rodman & Frank - Miami
3636 West Flagler Street
Miami FL 33135

**Services Provided For**

Friedman Rodman & Frank - Miami
Rodman, Ronald D
3636 West Flagler Street
Miami FL 33135

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/31/2016 | J0321868 | Miami, FLORIDA | WILSHIRE INSURANCE COMPANY VS. CASABLANCA ON T... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-WI | Julia Padron | 138 | 3.40 | 469.20 |
| EXHIBITS W/TABS | Julia Padron | 52 | 0.50 | 26.00 |
| CONDENSED TRANSCRIPT | Julia Padron | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Julia Padron | 1 | 30.00 | 30.00 |
| ASCII | Julia Padron | 1 | 30.00 | 30.00 |
| HANDLING FEE | Julia Padron | 1 | 0.00 | 0.00 |
| EXHIBITS COLOR | Julia Padron | 2 | 1.95 | 3.90 |

| | |
|---|---|
| Subtotal | 575.10 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 600.10 |
| Amount Due | $600.10 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Friedman Rodman & Frank - Mi... |
| Client # | C03166 |
| Invoice # | INV0739629 |
| Invoice Date | 4/18/2016 |
| Due Date | 5/18/2016 |
| Amount Due | $ 600.10 |