United States District Court
for the
Southern District of Florida

Julia Padron, Plaintiff, )
 )
v. )
 ) Civil Action No. 15-21644-Civ-Scola
Casablanca Fish Market, Inc., and )
Casablanca Seafood Bar & Grill, )
Inc., Defendants. )

## **VERDICT FORM**

We, the jury, return the following verdict:

1. Was there negligence on the part of Plaintiff Julia Padron which was a legal cause of her loss, injury or damage?

    YES_____        NO__✓__

If your answer to Question No. 1 is YES, please answer Question No. 2. If your answer to Question No. 1 is NO, please skip Question No. 2 and proceed to Question No. 3.

2. State the percentage of negligence, which was a legal cause of loss, injury or damages to Plaintiff, Julia Padron, that you charge to:

    Lazaro E. Sanchez.       __100__

    Julia Padron             __0__

                             Total must be 100%

In determining the total amount of damages, do not make any reduction because of the negligence, if any, of Plaintiff Julia Padron. If you find that Plaintiff Julia Padron was to any extent negligent, the Court, in entering judgment, will make an appropriate reduction in the damages awarded.

Please also answer the following question:

3. What is the total amount of necessary medical expenses incurred in the past or to be incurred in the future by Plaintiff, Julia Padron, as a result of the subject accident?:

    (a)    In the past?    $ 541,102.81

    (b)    In the future?    $ 218,400.00

Please also answer the following question:

4. What is the total amount of damages for the reasonable value of home assistive care, transportation expenses, assistive devices, residence modification, and related expenses that Julia Padron is likely to need in the future, as a result of the subject accident?

$ 94,930

Please also answer the following question:

5. What is the total amount of Julia Padron's damages for lost earnings in the past and loss of earning capacity in the future, as a result of the subject accident?:

    (a)    In the past?    $ 80,000

    (b)    In the future?    $ 40,000

Please also answer the following question:

6. What is the amount of Julia Padron's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?

(a) In the past?   $ 500,000.00

(b) In the future?   $ 525,568.00

**TOTAL DAMAGES**   $ 2,000,000.81
(add lines 3a, 3b, 4, 5a, 5b, 6a, & 6b)

Once you have completed the verdict form, the foreperson should sign and date the verdict form in the space below.

SO SAY WE ALL                           Dated: October 6, 2017.

_____                  _____5_____
Foreperson Signature                    Foreperson Juror Number