United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Julia Padron, Plaintiff, | ) |
| v. | ) ) ) Civil Action No. 15-21644-Civ-Scola |
| Casablanca Fish Market, Inc. and Casablanca Seafood Bar & Grill, Defendants. | ) ) ) ) |

## Final Judgment

The jury in this case has rendered its verdict. (*See* Verdict Form, ECF No. 206.) As required by Federal Rule of Civil Procedure 58, the Court now enters judgment on the verdict in the total sum of **$2,000,000.81**, as detailed in the verdict form, in favor of Plaintiff Julia Padron and jointly and severally against Defendants Casablanca Fish Market, Inc. and Casablanca Seafood Bar & Grill, Inc.

The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida on October 13, 2017.

Robert N. Scola, Jr.
United States District Judge